**FILED**
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TODD ALLEN SMITH, ) <br> ) <br> Defendant. ) | Case No. 2:10-CR-191-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TODD ALLEN SMITH, Case No. 2:10-CR-191-JAM, Charge Title 18 USC § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___  Release on Personal Recognizance

     _X_  Bail Posted in the Sum of $ 75,000.00

         _X_  Unsecured Appearance Bond

         ___  Appearance Bond with 10% Deposit

         ___  Appearance Bond with Surety

         ___  Corporate Surety Bail Bond

     _X_  (Other)  _Pretrial Services Supervision of conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 24, 2010 at 3:20 pm.

By _____
Dale A. Drozd
United States Magistrate Judge