BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TODD ALLEN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S-10-191-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S |
| | ) | PERSONAL APPEARANCE |
| v. | ) | |
| TODD ALLEN SMITH, | ) | |
| Defendant. | ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: September 8, 2010              /S/ Todd Smith
                                     TODD ALLEN SMITH

APPROVED:

DATED: September 8, 2010              /S/ L. Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Todd Allen Smith

1

IT IS SO ORDERED.

DATED:  9/9/2010                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE