L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TODD ALLEN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD ALLEN SMITH,   et al.,<br><br>    Defendants. | No.   CR. S-10-191 JAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Jeremiah Martin, Darrin Johnston, Todd Smith, and Cheryl Peterson, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Matthew Stegman, that the status conference presently set for April 26, 2011 at 9:30 a.m., should be continued to June 28, 2011 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from April 26, 2011 through June 28, 2011.

The reason for the continuance is that the defendants are continuing their investigation and preparation of the matter for trial. There is substantial discovery and the issues are complicated. Accordingly, the time between April 26, 2011 and June 28, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Stegman and the undersigned defense counsel have authorized Mr. Locke to sign this pleading for them.

1

```
DATED: April 21, 2011                    /S/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Todd Smith


DATED: April 21, 2011                    /S/ Bruce Locke
                                         For PATRICK HANLEY
                                         Attorney for Darrin Johnston


DATED: April 21, 2011                    /S/ Bruce Locke
                                         For COURTNEY LINN
                                         Attorney for Jeremiah Martin


DATED: April 21, 2011                    /S/ Bruce Locke
                                         For DOUGLAS BEEVERS
                                         Attorney for Cheryl Peterson


DATED: April 21, 2011                    /S/ Bruce Locke
                                         For MATT STEGMAN
                                         Attorney for the United States
```

IT IS SO ORDERED.

```
DATED:  4/21/2011                        /s/ John A. Mendez
                                         UNITED STATES DISTRICT JUDGE
```