BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TODD ALLEN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-191 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| TODD ALLEN SMITH,    et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Darrin Johnston, Todd Smith, and Cheryl Peterson, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Todd Pickles, that the status conference presently set for September 6, 2011 at 9:30 a.m., should be continued to October 4, 2011 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 6, 2011 through October 4, 2011.

The reason for the continuance is that the defendants are continuing their investigation and preparation of the matter for trial. There is substantial discovery and the issues are complicated. Accordingly, the time between September 6, 2011 and October 4, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.    The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Pickles and the undersigned defense counsel have authorized Mr. Locke to sign this pleading for them.

DATED: August 31, 2011            /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Todd Smith

DATED: August 31, 2011            /S/ Bruce Locke
                                        For PATRICK HANLEY
                                        Attorney for Darrin Johnston

DATED: August 31, 2011            /S/ Bruce Locke
                                        For DOUGLAS BEEVERS
                                        Attorney for Cheryl Peterson

DATED: August 31, 2011            /S/ Bruce Locke
                                        For TODD PICKLES
                                        Attorney for the United States

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

DATED:   September 1, 2011        /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE