1 BRUCE LOCKE
2 Moss & Locke
3 800 Howe Avenue, Ste 110
4 Sacramento, California 95825
5 (916) 719-3194
6 blocke@mosslocke.com
7
8 UNITED STATES DISTRICT COURT
9 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,  No. CR 10-191 JAM
12         Plaintiff,  **STIPULATION AND PROPOSED ORDER TO TERMINATE PRE-TRIAL RELEASE SUPERVISION**
13     v.
14 TODD SMITH, et. al.,
15         Defendants.
16
17         To: Magistrate Judge CAROLYN K. DELANEY:
18         Defendant TODD SMITH, by and through his attorney, Bruce Locke, and the
19 Government, by and through its attorney, Todd Pickles, stipulate as follows:
20         Amaryllis Gonzalez, the Sacramento Pre-Trial Services Officer for Todd Smith has
21 determined that due to Todd Smith's record of compliance with all of his pre-trial conditions, he
22 no longer needs to be monitored by Pre-Trial Services. AUSA Pickles and defense counsel agree
23 that terminating supervision is appropriate. The parties stipulate that all conditions for Mr.
24 Smith's pre-trial release and his supervision by Pre-Trial Services shall be terminated. It is
25 understood by the parties that the unsecured appearance bond previously filed by the parties shall
26 remain in effect and that the United States Passport previously surrendered by Mr. Smith shall
27 remain in the custody of the Court.  Mr. Pickles has authorized Mr. Locke to sign this pleading
28 for him.

Dated: July 17, 2014                          Respectfully submitted,

                                             /s/ Bruce Locke
                                             BRUCE LOCKE
                                             Attorney for Mr. Smith

Dated: July 17, 2014                          BENJAMIN WAGNER
                                                       United States Attorney

                                             /s/ Bruce Locke
                                             For TODD PICKLES
                                             Assistant U.S. Attorney

     IT IS HEREBY ORDERED that the pre-trial release conditions for Todd Smith are modified as follows:

     All conditions of Todd Smith's pre-trial release are hereby terminated. The unsecured appearance bond previously posted shall remain in effect. Mr. Smith's United States passport shall remain in the custody of the Court.

Dated:  July 17, 2014

                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE